DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:               (202) 307-0054
Email: Amy.T.Matchison@usdoj.gov
            Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States person(s), who directly or indirectly, were paid through, by, or on behalf of JustAnswer LLC, or its predecessors, subsidiaries, divisions, or affiliates (collectively, "JustAnswer"), $5,000 or more for answering questions on the JustAnswer Platform, in any one year, for the period January 1, 2017, through December 31, 2020. | Civil Number:<br><br>**UNITED STATES' EX PARTE PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS** |

The United States of America, by and through undersigned counsel, hereby petitions the Court for an order authorizing service of an Internal Revenue Service "John Doe" summons to JustAnswer LLC for information related to U.S. persons who were paid $5,000 or more for answering questions on the JustAnswer Platform, in any one year, for the years ended December 31, 2017, through December 31, 2020. In support, the United States avers as follows:

1.   This ex parte proceeding is commenced pursuant to §§ 7402(a), 7609(f), and 7609(h) of the Internal Revenue Code (26 U.S.C.), for leave to serve an Internal Revenue Service "John Doe" summons on JustAnswer LLC.

2.   The Court has jurisdiction over this proceeding pursuant to §§ 7402(b) and 7609(h)(1) of the Internal Revenue Code and 28 U.S.C. §§ 1340 and 1345. Venue properly lies within this district.

1

3.  This proceeding is appropriate for assignment to the Western Division because JustAnswer LLC is headquartered in Covina.

3.  The IRS has launched an investigation to determine the correct federal income tax liabilities for taxable years 2017-2020 of United States taxpayers who were paid $5,000 or more for answering questions on the JustAnswer Platform. The taxpayers being investigated have failed or potentially have failed to comply with U.S. internal revenue laws requiring the reporting of taxable income.

4.  In furtherance of this investigation, the IRS seeks permission to serve, under the authority of § 7602 of the Internal Revenue Code, an administrative "John Doe" summons to JustAnswer LLC. A copy of the proposed summons is attached as Exhibit A to the Declaration of John Wood, an Internal Revenue Service Revenue Agent.

5.  The "John Doe" summons relates to the investigation of an ascertainable group or class of persons, that is, United States taxpayers who were paid $5,000 or more by or through JustAnswer LLC for answering questions on the JustAnswer Platform, in any one year, for the years ended December 31, 2017, through December 31, 2020.

6.  There is a reasonable basis for believing that such group or class of persons may fail, or may have failed, to comply with one or more provisions of the internal revenue laws.

7.  The information sought to be obtained from the examination of the records (and the identity of the persons with respect to whose tax liabilities the summons will issue) is not readily available from other sources.

8.  The information sought to be obtained from JustAnswer LLC is narrowly tailored to information that pertains to the failure or potential failure of that group or class of persons to comply with one or more provisions of the internal revenue laws.

9.  In support of this Petition, the United States submits the Declaration of John Wood, the exhibits attached thereto, and a supporting memorandum.

Dated this 10th day of December, 2024

                                        DAVID A. HUBBERT
                                        Deputy Assistant Attorney General

                                        */s/ Amy Matchison*
                                        AMY MATCHISON
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice