251



# CERTIFICATE OF ORGANIZATION
# LIMITED LIABILITY COMPANY

(Instructions on back of application)

FILED EFFECTIVE

10 DEC 10 AM 11: 04

STATE OF IDAHO

1. The name of the limited liability company is:

   JustAnswer LLC

2. The complete street and mailing addresses of the initial designated/principal office:

   38 Keyes Avenue, North Lobby, Suite 150, San Francisco, CA 94129
   (Street Address)

   (Mailing Address, if different than street address)

3. The name and complete street address of the registered agent:

   C T Corporation System                 1111 West Jefferson, Suite 530, Boise, ID 83702
   (Name)                                 (Street Address)

4. The name and address of at least one member or manager of the limited liability company:

   | Name | Address |
   | --- | --- |
   | Andrew Kurtzig | 38 Keyes Ave, North Lobby, Ste 150, San Francisco, CA 94129 |

5. Mailing address for future correspondence (annual report notices):

   38 Keyes Ave, North Lobby Ste 150 San Francisco CA 94129

6. Future effective date of filing (optional): _____

**Exhibit**

B

Signature of a manager/ member or authorized person.

Signature _____

Typed Name: _____

Signature _____

Typed Name: _____

Secretary of State use only

```
IDAHO SECRETARY OF STATE
12/10/2010  05:00
CK: 20287  CT: 20168  BH: 1250489
1 @ 100.00 =  100.00  ORGAN LLC # 2
1 @ 20.00 =   20.00  EXPEDITE C # 3
```

cert_org_llc Rev. 07/2010

W 98598

ID032 - 07/09/2010 C T System Online