

# STATE OF IDAHO
*Office of the secretary of state, Lawerence Denney*
## ANNUAL REPORT
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $0.00

**For Office Use Only**

**-FILED-**

File #: 0004766656

Date Filed: 6/3/2022 11:05:18 AM

| Entity Name and Mailing Address: | |
|---|---|
| Entity Name: | JUSTANSWER HOLDING CORPORATION |
| The file number of this entity on the records of the Idaho Secretary of State is: | 0000578473 |
| Address | ANDY KURTZIG<br>PO BOX 29045<br>SAN FRANCISCO, CA 94129-0045 |

| Entity Details: | |
|---|---|
| Entity Status | Active-Good Standing |
| This entity is organized under the laws of: | IDAHO |
| If applicable, the old file number of this entity on the records of the Idaho Secretary of State was: | C191593 |

| The registered agent on record is: | |
|---|---|
| Registered Agent | CORPORATION SERVICE COMPANY<br>Commercial Registered Agent<br>Physical Address<br>1305 12TH AVE RD<br>NAMPA, ID 83686<br>Mailing Address<br>1305 12TH AVE RD<br>NAMPA, ID 83686 |

**Agent or Address Change**

☐ Select if you are appointing a new agent.

**Corporate Officers and Directors:**

| Name | Title | Business Address |
|---|---|---|
| Andy Kurtzig | Director | ANDY KURTZIG<br>P.O. BOX 29045<br>SAN FRANCISCO, CA 94129 |

The annual report must be signed by an authorized signer of the entity.

Job Title: Paralegal

*Nina Kong*   06/03/2022
Sign Here   Date

**Exhibit C**