2011811010 4

| LLC-5 | **Application to Register a Foreign Limited Liability Company (LLC)** |
|---|---|

To register an LLC from another state or country in California, fill out this form, and submit for filing along with:
- A **$70** filing fee,
- A certificate of good standing from the agency where your LLC was formed **originally**, and
- A separate, non-refundable **$15** service fee, if you drop off the completed form.

*Important!* LLCs in California may have to pay a minimum **$800** yearly tax to the Franchise Tax Board.

LLCs that provide *professional* services cannot register in California.

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm

**FILED**
in the office of the Secretary of State
of the State of California

**JUN 29 2011**

This Space For Office Use Only

① **Name to be used for this LLC in California**

JustAnswer LLC
*proposed LLC name*

The name must end with: "LLC," "L.L.C.," "Limited Liability Company," "Limited Liability Co.," "Ltd. Liability Co." or "Ltd. Liability Company;" and **may not** include: "bank," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp.," "insurer," or "insurance company."

② **LLC History**

a. If the proposed LLC name you listed above is different than the LLC name you use **now** (as listed on your certificate of good standing), list the complete LLC name used now:

_____

b. Date your LLC was formed (MM, DD, YYYY):   December 10, 2010
c. State or country where your LLC was formed:   Idaho
d. Your LLC currently has powers and privileges to conduct business in the state or country listed above.

③ **Service of Process**

List a California resident or a qualified 1505 corporation in California that agrees to be your agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may **not** list an LLC as your agent. **Do not** list an address if the agent is a 1505 corporation.

a. Agent's name:   Andrew Kurtzig

b. Agent's address:   38 Keyes Avenue, North Lobby, Suite 150   San Francisco   CA   94129
*street address (if agent is not a corporation)   city (no abbreviations)   state   zip*

If the agent listed above has resigned or cannot be found or served after reasonable attempts, the California Secretary of State will be appointed the agent for service of process for your LLC.

④ **LLC Address**

a. List address for your LLC's headquarters:

38 Keyes Avenue, North Lobby, Suite 150   San Francisco   CA   94129
*street address   city (no abbreviations)   state   zip*

b. List address for your LLC's main office in **California**, if any:

38 Keyes Avenue, North Lobby, Suite 150   San Francisco   CA   94129
*street address   city (no abbreviations)   state   zip*

⑤ **Read and sign below:**

I declare that I am the person who signed this form, and that I am authorized to do so under the laws of the state or country where this LLC was formed.

▶ *Sign here*   /s/ Andrew Kurtzig
Andrew Kurtzig
*Print your name here*

Date: 6-29-2011
CEO & President
*Your business title*

Make check/money order payable to: **Secretary of State**
We can give you up to 2 free certified copies of your filed form if you submit up to 2 completed copies of this form (with all attachments).

**By Mail**
Secretary of State
Business Entities, P.O. Box 944228
Sacramento, CA 94244-2280

**Drop-Off**
Secretary of State
1500 11th St., 3rd Floor
Sacramento, CA 95814

Corporations Code §§ 17375, 17451, 17452, Revenue and Taxation Code § 17941
LLC-5 (REV 09/2010)

**Exhibit D**

2010 California Secretary of State
www.sos.ca.gov/business

# State of Idaho

## Office of the Secretary of State

**CERTIFICATE OF EXISTENCE**

OF

**JUSTANSWER LLC**

File Number W-98598

I, BEN YSURSA, Secretary of State of the State of Idaho, hereby certify that I am the custodian of the limited liability company records of this State.

I FURTHER CERTIFY That the records of this office show that the above-named limited liability company filed articles of organization in Idaho on 12/10/2010.

I FURTHER CERTIFY That the limited liability company's articles of organization have not been dissolved.

Dated: 6/29/2011 4:36 PM



*Ben Ysursa*
SECRETARY OF STATE

Authentic Access Idaho Document ( http://www.accessidaho.org/public/portal/authenticate.html )
Tag: b5ae5f5ff8d740878abe63a48d37991f64649ed751a31578566867962635ae712e92101860b227c3

201118110104