

Log in

# Revolutionizing professional services

24/7 access to help from thousands of Experts, where and when you need it.




Ask |                                          Start now

 Lawyers    Doctors    Vets    Mechanics    Electronics Techs    Computer Techs

# How it works

## 1. Ask your question ⌃

Tell us your situation. Ask any question in any category, anytime you want.

**Exhibit**

F

## 2. Let us match you ⌄

1/25/23, 11:53 AM
Case 2:24-cv-10870-DMG-AS    Document 1-8    Filed 12/10/24    Page 2 of 5    Page ID #:82
Ask an Expert & Get Answers to Your Questions - JustAnswer

Log in



## 3. Chat with an Expert ⌄

Talk, text, or chat till you have your answer.
Members get unlimited conversations 24/7, so
you'll always have an Expert ready to help.

# Meet the Experts

Experts join JustAnswer from some of the world's most trusted
institutions, including:

✓ **Harvard lawyers**    ✓ **UCLA doctors**
✓ **Microsoft-certified computer techs**
✓ **Christie's appraisers**    ✓ **UC Davis vets**



**Chris**
★★★★★

**Master Mechanic**

16 years' experience with domestic,
foreign, and luxury cars and heavy
equipment.

**60,004** satisfied customers



**Legal Eagle**
★★★★★

**Attorney at Law**

Doctoral degree. Licensed to
practice before state and federal
court. 5-star Expert since 2016.

**50,924** satisfied customers



**Rebecca, Vet**
★★★★★

**Doctor of Veterinary Medicine**

More than 30 years of companion
animal practice: dogs, cats, birds,
and horses.

**27,774** satisfied customers

Case 2:24-cv-10870-DMG-AS    Document 1-8    Filed 12/10/24    Page 3 of 5    Page ID #:83



Log in

# Why you'll love JustAnswer



### 12,000+ verified Experts

All Experts must pass a rigorous Multi-Step Expert Quality Process, including license verification and peer reviews.



### Every question saves you money

Join over 10 million members who save money versus in-person appointments.



### Service that's tailored to you

Discuss your individual situation with an Expert who specializes in your topic, 24/7.



### Save valuable time at home

Connect from any device. No driving across town or wasted time in the waiting room.



Log in



# Ask us anything

The Experts at JustAnswer are ready to answer your questions, day or night.

✓ **What can I do for a sinus infection that won't go away?**

✓ **Can you help connect my laptop to my printer?**

✓ **How do I get my kids to stop fighting?**

✓ **How do I fix my car's alternator?**

✓ **What are these antiques worth?**

✓ **How can I lower my business taxes this year?**

**Start chat**

  

Trustpilot

| JustAnswer | Members | Experts | Support |
| --- | --- | --- | --- |
| Home | How it works | Meet the Experts | Help Center |

Log in

Press

Partner Program

Blog

Countries ▼

Categories ▼

© 2003-2023 JustAnswer LLC. All rights reserved.

Privacy Policy    Terms of services    Contact us    Sitemap

DMCA PROTECTED

