**Legal**

### Ask a lawyer and get answers to your legal questions

Ask an Expert  ›  Ask a Lawyer

## Ask a Lawyer

Lawyers are ready to answer your Legal questions on JustAnswer. Each Lawyer on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Lawyer's profile, track record, recent Legal answers, feedback received, and more. You can even direct your question to a specific Lawyer.

Or, if you'd prefer, you can even ask a Legal question to all of the verified Lawyers on our site by typing your question into the question box on this page.

### Ask A Lawyer

Type Your Legal Question Here...

**Get an Answer**

### Top Lawyers Waiting to Answer Your Legal Questions

 **Legal Eagle**
Lawyer
Licensed to practice before state and federal court
Accepted Answers: 85999
Positive Feedback: 99.4%

 **LawEducator**
Attorney
JA Mentor -Attorney Labor/employment, corporate, sports law, admiralty/maritime and civil rights law
Accepted Answers: 52741
Positive Feedback: 97.5%

 **Infolawyer**
Attorney
Licensed attorney helping individuals and businesses
Accepted Answers: 35491
Positive Feedback: 97.3%

 **Ely**
Counselor at Law
Private practice with focus on family, criminal, PI, consumer protection, and business consultation.
Accepted Answers: 24699
Positive Feedback: 98.1%

 **Ray**
Lawyer
30 years in civil, probate, real estate, elder law
Accepted Answers: 23444
Positive Feedback: 97.6%

 **Isaac, Esq.**
Attorney
Multiple jurisdictions, specialize in business/contract disputes, estate creation and administration.
Accepted Answers: 21522
Positive Feedback: 96.7%

 **Richard**
Attorney
Attorney with 29 years of experience.
Accepted Answers: 20543
Positive Feedback: 98.8%

 **LegalKnowledge**
Attorney
14+ years handling Legal, Real Estate, Criminal Law, Family Law, Traffic matters.
Accepted Answers: 18519
Positive Feedback: 98.3%

 **LivvyEsq**
Attorney
Accepted Answers: 16033
Positive Feedback: 98.6%

 **Loren**
Attorney
30 years experience representing clients.
Accepted Answers: 15909
Positive Feedback: 97.5%

 **Barrister**
Attorney
21 yrs practice, Civil, Criminal, Domestic, Realtor, Landlord 29 yrs
Accepted Answers: 15496
Positive Feedback: 97.8%

 **DanLegal**
Lawyer
Law Partner
Accepted Answers: 13235
Positive Feedback: 96.9%

 NBC.com

 CNN.com

 The New York Times

 The Washington Post

Learn More



Ask an Expert

Get a Professional Answer

Ask Followup Questions

100% Satisfaction Guarantee

Learn More

Tweet    Share

**Exhibit**
G



**legalgems**
Lawyer
Just Answer consultant at Self employed

Accepted Answers: 11966
Positive Feedback: 95.3%

**Lori**
Attorney
Attorney with over 25 years experience

Accepted Answers: 11704
Positive Feedback: 98.7%

**Attorney Wendy**
Lawyer
Member at Keefer & Keefer LLC

Accepted Answers: 11524
Positive Feedback: 99.2%

**P. Simmons**
Attorney
16 yrs. of trial experience

Accepted Answers: 10781
Positive Feedback: 97.7%

**Sam**
Attorney at Law
More than 20 years of experience practicing law.

Accepted Answers: 10701
Positive Feedback: 94.9%

**Attorney Matt**
Lawyer
Attorney at Law

Accepted Answers: 10361
Positive Feedback: 99.1%

**Attorney Bruce**
Lawyer
Attorney At Law at SELF

Accepted Answers: 10036
Positive Feedback: 96.2%

**LawTalk**
Attorney
I am a practicing attorney with more than 3 decades of experience in the legal field.

Accepted Answers: 9666
Positive Feedback: 97.9%

**Zoey, JD**
Attorney
Active member of the NYS bar since 1989

Accepted Answers: 9067
Positive Feedback: 97.4%

**Lucy, Esq.**
Attorney
Lawyer

Accepted Answers: 8359
Positive Feedback: 97.2%

**Ellen**
Lawyer
Providing information, not representation

Accepted Answers: 8261
Positive Feedback: 97.8%

**Attorney & Mediator**
Lawyer
Attorney & Certified Mediator

Accepted Answers: 8087
Positive Feedback: 99.4%

**Phillips Esq.**
Attorney-at-Law
B.A.; M.B.A.; J.D.

Accepted Answers: 7732
Positive Feedback: 95.5%

**Brian M.**
Counselor at Law
Attorney experienced in numerous areas of law.

Accepted Answers: 7500
Positive Feedback: 98.0%

**Roger**
Attorney
BV Rated by Martindale-Hubbell; SuperLawyer rating by Thompson-Reuters

Accepted Answers: 7355
Positive Feedback: 97.6%

**Bill Attorney**
Lawyer
Attorney

Accepted Answers: 7186
Positive Feedback: 98.0%

**ScottyMacEsq**
Attorney
Licensed Texas General Practice Attorney

Accepted Answers: 7133
Positive Feedback: 98.9%

**JKEsq**
Accepted Answers: 6696

Managing law firm partner

Positive Feedback: 96.0%

---

**Sean K**
Lawyer
Attorney/Member in Private Law Firm

Accepted Answers: 6608
Positive Feedback: 99.4%

---

**RobertJDFL**
Attorney
Experienced in multiple areas of the law.

Accepted Answers: 6526
Positive Feedback: 98.0%

---

**Alex J. Esq.**
Attorney at Law
Experienced Licensed Attorney

Accepted Answers: 5798
Positive Feedback: 93.2%

---

**TJ, Esq.**
Attorney
JD, MBA

Accepted Answers: 5172
Positive Feedback: 96.8%

---

**Gerald, Esq**
Lawyer
Over 30 years of experience

Accepted Answers: 4949
Positive Feedback: 99.3%

---

**KLAW**
Lawyer
I have over 20 years of experience in commercial real estate law, finance, consumer credit, landlord tenant, and business law.

Accepted Answers: 4685
Positive Feedback: 97.8%

---

**LawHelpNow**
Attorney/Lawyer
Relax. Let's work together. Practical solutions.

Accepted Answers: 4200
Positive Feedback: 97.3%

---

**Michael Bradley**
Lawyer
retired after 25 years

Accepted Answers: 3851
Positive Feedback: 97.3%

---

**LADYLAWYER**
Lawyer
Civil; Family; HOA; Landlord/Tenant; Real Estate; Probate; Insurance; Immigration; Wills & Trusts

Accepted Answers: 3825
Positive Feedback: 98.7%

---

**Elizabeth**
Lawyer
Expert

Accepted Answers: 3671
Positive Feedback: 97.5%

---

**Attorney2**
Attorney
35 Years In General Practice,

Accepted Answers: 3563
Positive Feedback: 97.7%

---

**Alexia Esq.**
Managing Attorney
19 Years of Legal Practice Experience in this precise field.

Accepted Answers: 3467
Positive Feedback: 98.9%

---

**StephenH129**
Expert

Accepted Answers: 3235
Positive Feedback: 92.5%

---

**Jessica B**
Attorney at Donald B. Linsky & Associates, PA

Accepted Answers: 3232
Positive Feedback: 97.5%

---

**Ben S.**
Attorney; Doctoral Degree
President at The Soffer Law Firm PC

Accepted Answers: 3097
Positive Feedback: 97.0%

---

**Nisha Jones**
Lawyer
Managing Attorney at Nisha Jones Law, LLC

Accepted Answers: 2921
Positive Feedback: 98.3%



**Irwin Law**
**Attorney**

Accepted Answers: 2895
Positive Feedback: 92.7%

Lawyer & Real Estate Broker, 30+ years, foreclosure, land contracts, inheritance, probate.

**WALLSTREETFIGHTER**
**Attorney**

Accepted Answers: 2862
Positive Feedback: 97.5%

14 years experience in representing clients, current member of legalshield, legal club of america, NYSUT and UFT attorney

**David**
**Lawyer**

Accepted Answers: 2843
Positive Feedback: 91.1%

Expert

**Jean C**
**Lawyer**

Accepted Answers: 2790
Positive Feedback: 95.5%

Attorney at self

Previous

   

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC

**Ask A Question | Register | Login | Contact Us**

## just answer. Medical

**Have medical questions? Ask a doctor online!**

Ask an Expert › Medical Questions

### Ask a Doctor

Doctors are ready to answer your Medical questions on JustAnswer. Each Doctor on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Doctor's profile, track record, recent Medical answers, feedback received, and more. You can even direct your question to a specific Doctor.

Or, if you'd prefer, you can even ask a Medical question to all of the verified Doctors on our site by typing your question into the question box on this page.

### Top Doctors Waiting to Answer Your Medical Questions

 **DrRussMD**
Board Certified Physician
Internal Medicine--practice all of internal medicine, all ages, family, health, prevention, complementary medicine, etc.
Accepted Answers: 51788
Positive Feedback: 95.8%

 **the-good-doctor**
Medical Doctor
Medical Doctor Trained at a Top Academic Institution
Accepted Answers: 36899
Positive Feedback: 97.1%

 **Dr Chip (M.D.)**
Doctor
20 yrs. in practice, including surgery, general medicine, and pain.
Accepted Answers: 34463
Positive Feedback: 97.7%

 **Dr Basu**
Board Certified Physician
MD
Accepted Answers: 31181
Positive Feedback: 95.6%

 **Dr. David**
Board Certified Physician
Experienced Physician trained in New York City. I'm ready to help.
Accepted Answers: 30094
Positive Feedback: 95.7%

 **Dr. Arun Phophalia**
Doctor
MBBS MS. Post doctoral fellowship in Sports Medicine. General surgeon and sports medicine specialist
Accepted Answers: 26443
Positive Feedback: 97.6%

 **Dr. D. Love**
Doctor
Family Physician for 10 years; Hospital Medical Director for 10 years.
Accepted Answers: 23228
Positive Feedback: 98.1%

 **Dr.DAGO**
Board Certified Physician
Over 15 years of clinical experience at top Medical Centers. Internal Medicine. Pulmonary/Critical Care
Accepted Answers: 19085
Positive Feedback: 96.0%

**Dr. Hasan**
Doctor
MBBS, FCPS, with experience in all fields of medicine and surgery
Accepted Answers: 18138
Positive Feedback: 99.4%

**Dr. David G**
Board Certified MD
Expert
Accepted Answers: 16871
Positive Feedback: 98.5%

**Dr. Muneeb Ali**
Doctor
MBBS, MD, MCCM. Currently working in Critical Care Medicine with 10 year experience in Medicine
Accepted Answers: 16802
Positive Feedback: 99.5%

**Sumanth Amperayani**
Board Certified MD
Consultant Pediatrician at Kanchi Kamakoti CHILDS Trust Hospital
Accepted Answers: 16043
Positive Feedback: 97.7%

### Ask A Doctor

Type Your Medical Question Here...

**Get an Answer**

 



Learn More

Ask an Expert
Get a Professional Answer
Ask Followup Questions
100% Satisfaction Guarantee
Learn More

Tweet    Share

2/27/23, 3:03 PM    Case 2:24-cv-10870-DMG-AS    Document 1-10    Filed 12/10/24    Page 6 of 36    Page ID
#:91
Ask Doctors – your medical questions

| Dr Su S | Accepted Answers: 15568 |
|---|---|
| Doctor(MD) | Positive Feedback: 97.7% |
| 25 years of clinical experience | |

| Dr Uzair | Accepted Answers: 15266 |
|---|---|
| Doctor | Positive Feedback: 97.8% |
| MBBS, FCPS (R) General Surgery. Years of experience in Emergency Medicine. | |

| Dr.Saleem | Accepted Answers: 14601 |
|---|---|
| Doctor | Positive Feedback: 98.7% |
| MBBS | |

| Dr Stan | Accepted Answers: 13908 |
|---|---|
| Doctor | Positive Feedback: 98.7% |
| Physician at Stanley L Simpson, DO | |

| Dr.Sawhney | Accepted Answers: 12278 |
|---|---|
| Senior Consultant | Positive Feedback: 98.0% |
| MBBS,MS | |

| Dr.Adeel | Accepted Answers: 11952 |
|---|---|
| Doctor | Positive Feedback: 97.3% |
| Expert | |

| Dr. Mark | Accepted Answers: 11898 |
|---|---|
| Physician / Surgeon | Positive Feedback: 97.9% |
| U.S. Surgeon / Neurological Surgery | |

| Dr. P. Jyoti | Accepted Answers: 11789 |
|---|---|
| Consultant MD | Positive Feedback: 95.7% |
| 17 yrs experience in treating OPD & Emergency patients. | |

| Dr. Ravoof | Accepted Answers: 11491 |
|---|---|
| Doctor | Positive Feedback: 98.7% |
| Experienced Physician in the field of Medicine and Surgery. | |

| DocTW | Accepted Answers: 11018 |
|---|---|
| Doctor | Positive Feedback: 97.8% |
| Expert | |

| Dr. Shah | Accepted Answers: 10656 |
|---|---|
| Doctor | Positive Feedback: 95.6% |
| Years of experience in patients management. | |

| Edgar Rubio Villegas | Accepted Answers: 10600 |
|---|---|
| Doctor | Positive Feedback: 99.0% |
| Doctor with 9 years of experience in family medicine, pediatrics, sexually transmitted diseases, dermatology, gynecology, general surgery and traumatology | |

| Dr Subbanna MD | Accepted Answers: 10139 |
|---|---|
| Neurologist (MD) | Positive Feedback: 99.3% |
| American Board Certified Neurologist, Internal Medicine | |

| Dr. Mo | Accepted Answers: 9811 |
|---|---|
| Medical Doctor (MD) | Positive Feedback: 98.8% |
| Physician | |

| Dr Josh | Accepted Answers: 8753 |
|---|---|
| Doctor | Positive Feedback: 98.8% |
| Medicine doctor | |

| Dr. Amir | Accepted Answers: 8556 |
|---|---|
| Doctor | Positive Feedback: 98.9% |
| Master of Internal medicine & Gastroenterology with six years of experience (London). MBBS | |

| Dr. B. | Accepted Answers: 7797 |
|---|---|
| Doctor | Positive Feedback: 99.2% |
| Physician with 8 years of experience. | |

| Dr. Abid | Accepted Answers: 7794 |
|---|---|
| Board Certified Physician | Positive Feedback: 92.9% |

MBBS, FCPS

**M Javid, MD**
**Board Certified Physician**
American Board of Internal Medicine Certification in Internal Medicine and Infectious Diseases

Accepted Answers: 7677
Positive Feedback: 98.8%

**Dr. Mark**
**Board Certified Physician**
board certified internal medicine

Accepted Answers: 7093
Positive Feedback: 96.4%

**Dr. SH**
**Board Certified Physician**
Doctor of Medicine

Accepted Answers: 6878
Positive Feedback: 96.9%

**Dr.Anil**
**Doctor**
M.B.B.S.M.D with over 30 years of experience in this medical field.

Accepted Answers: 6497
Positive Feedback: 97.3%

**Dr .Saha**
**Doctor(MD)**
35 years experience as doctor

Accepted Answers: 6147
Positive Feedback: 98.4%

**Ken**
**Postgraduate doctor**
Working as a Doctor who Cares since 2001.

Accepted Answers: 5986
Positive Feedback: 98.1%

**DR.EHTISHAM**
**Doctor**
MBBS, FCPS

Accepted Answers: 5074
Positive Feedback: 97.5%

**Natalya**
**Board Certified MD**
Expert

Accepted Answers: 4793
Positive Feedback: 93.6%

**Dr. Sohaib**
**Doctor**
MBBS, FCPS Experienced in all Medical Specialities

Accepted Answers: 4761
Positive Feedback: 98.3%

**DrWalker**
**Board Certified Physician**
Expert

Accepted Answers: 4507
Positive Feedback: 98.3%

**Dr.sOrders**
**Doctor**
Has been serving the Beverly Hills community for over 20 years.

Accepted Answers: 4502
Positive Feedback: 94.7%



**Vakul Aren**
**Doctor**
MBBS,DTM&H,41 years of experience

Accepted Answers: 4478
Positive Feedback: 95.3%



**Dr.Andrew**
**Board Certified Physician**
I am a board certified physician with vast experience of medical emergencies,making diagnosis & treating patients.

Accepted Answers: 4422
Positive Feedback: 99.3%



**Onlinedoc**
**Doctor**
General physician with experience in General & Family Medicine,Ayurveda, Integrative, CAM

Accepted Answers: 4340
Positive Feedback: 97.7%



**Dr.RRK**
**Doctor**
Consultant Neurosurgeon

Accepted Answers: 4337
Positive Feedback: 88.8%

**David M.D.**
**Doctor**
Expert

Accepted Answers: 3763
Positive Feedback: 89.8%



**Dr Ahmed**
Doctor
MBBS, FCPS

**Accepted Answers: 3738**
**Positive Feedback: 97.6%**

---

**Dr- KHAN**
Board Certified MD
M.B.B.S, FCPS, MRCS (UK)

**Accepted Answers: 3655**
**Positive Feedback: 98.6%**

---

**Dr.DinSG**
MD, Medical Specialist III - Dept. of Health
General/Public Health Physician in a tertiary Teaching & Training Medical Center, MD, MDA, MS, MPH - (SEAMEO scholar); CSEE/CESE - Career Executive Service

**Accepted Answers: 3654**
**Positive Feedback: 93.9%**

---

**Dr. K.**
MD
Board certified.

**Accepted Answers: 3617**
**Positive Feedback: 91.8%**

---

Previous



Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC



Ask A Question  |  Register  |  Login  |  Contact Us

## Veterinary

**Ask a Vet and Get Your Veterinary Questions Answered.**

Ask an Expert  ›  Ask a Vet

### Ask a Veterinarian

Veterinarians are ready to answer your Veterinary questions on JustAnswer. Each Veterinarian on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Veterinarian's profile, track record, recent Veterinary answers, feedback received, and more. You can even direct your question to a specific Veterinarian.

Or, if you'd prefer, you can even ask a Veterinary question to all of the verified Veterinarians on our site by typing your question into the question box on this page.

### Ask A Veterinarian

Type Your Veterinary Question Here...

**Get an Answer**

NBC.com        The New York Times

The Washington Post        CNN.com

Learn More

? Ask an Expert

👤 Get a Professional Answer

? Ask Followup Questions

💬 100% Satisfaction Guarantee

Learn More

  Share

### Top Veterinarians Waiting to Answer Your Veterinary Questions



**Dr. Loretta**
Veterinarian
30 plus years of experience in large and small animal medicine.

Accepted Answers: 4311
Positive Feedback: 99.0%



**BeverlyC1016**

Expert

Accepted Answers: 3892
Positive Feedback: 99.5%



**Dr. Peter**
Veterinarian
20 years of small animal internal medicine, surgery and preventive medicine.

Accepted Answers: 3207
Positive Feedback: 98.9%



**Dr. Andy**
Medical Director
Veterinarian, UC Davis graduate, emphasis in Dermatology, Internal Medicine, and Pain Control

Accepted Answers: 2709
Positive Feedback: 99.2%



**Dr. Bruce**
Veterinarian
15 years of small animal veterinary medicine

Accepted Answers: 1940
Positive Feedback: 98.7%



**DrNickiDVM**
Veterinarian
Expert

Accepted Answers: 1784
Positive Feedback: 98.9%



**Dr. B.**
Board Certified Veterinarian
General practice veterinary surgeon with extensive experience in a wide range of species.

Accepted Answers: 1636
Positive Feedback: 98.3%

**Dr. Gary**
Veterinarian
DVM, Emergency Veterinarian, BS (Physiology)

Accepted Answers: 1566
Positive Feedback: 98.1%

**Dr. Michael Salkin**
Veterinarian
University of California at Davis graduate veterinarian with 48 years of experience

Accepted Answers: 1550
Positive Feedback: 98.2%

**Dr. Kara**
Board Certified Veterinarian
Over 20 years of experience as a veterinarian.

Accepted Answers: 1435
Positive Feedback: 99.3%

**Dr. Bob**
Veterinarian
35 years in practice

Accepted Answers: 1323
Positive Feedback: 99.4%

**Dr. Jenn**
Veterinarian
Practicing small animal medicine since 2004 , also involved in working with animal rescue groups.

Accepted Answers: 1225
Positive Feedback: 96.5%

**Dr. Dan**                          Accepted Answers: 1225
Veterinarian                         Positive Feedback: 99.5%
13 years with dogs, cats, exotic, wildlife and zoo animals, PLEASE rate my service when
satisfied.

**Dr Scott Nimmo**                   Accepted Answers: 1052
Small Animal Veterinarian.           Positive Feedback: 98.0%
BVMS, MRCVS. { Glasgow UK }

**Dr4cts**                           Accepted Answers: 1009
Board Certified Veterinarian         Positive Feedback: 99.7%
I specialize in cats. I have 40 years of veterinary experience, 30 years just doing cats.

**Rebecca**                          Accepted Answers: 987
Veterinarian                         Positive Feedback: 97.7%
I have more than 30 years of veterinary practice experience.

**Dr. Scott**                        Accepted Answers: 903
Veterinarian                         Positive Feedback: 99.1%
20 years of small animal, equine and pocket pet experience in medicine and surgery.

**paul brazzell**                    Accepted Answers: 826
Veterinarian                         Positive Feedback: 98.6%
Veterinarian for 34 years. Founded two veterinary hospitals. Co-founded Veterinary
Diagnostic lab. Operated multiple mobile ultrasound services. Teach abdominal and cardiac
ultrasound.



**Dr. Susan**                        Accepted Answers: 804
Veterinarian                         Positive Feedback: 98.4%
11 years of clinical experience with specialty in veterinary pain management, surgery,
urology, and geriatrics

**Dr Adrien**                        Accepted Answers: 791
Veterinarian                         Positive Feedback: 98.4%
Veterinarian

**Dr. Steven Osborne**               Accepted Answers: 789
Veterinarian                         Positive Feedback: 98.8%
20 years of Veterinary Medicine expertise with experience in canine and feline medicine and
surgery

**Dr. Jeff**                         Accepted Answers: 778
Veterinarian                         Positive Feedback: 100.0%
12+ years small animal general practice

**Dr. Gabby**                        Accepted Answers: 761
Veterinarian                         Positive Feedback: 99.5%
20 years working as a full time veterinarian

**DocWilds**                         Accepted Answers: 718
Veterinarian                         Positive Feedback: 99.9%
Expert

**Dr. Matt**                         Accepted Answers: 682
Veterinarian                         Positive Feedback: 99.3%
13 years of experience including dogs, cats, and pocket pets

**Dr Porter**                        Accepted Answers: 670
Board Certified Veterinarian         Positive Feedback: 99.5%
Expert

**Dr Ryan**                          Accepted Answers: 670
Veterinarian                         Positive Feedback: 98.9%
Expert

**Doctor Mike**                      Accepted Answers: 663
Veterinarian                         Positive Feedback: 99.5%
Veterinarian

**Dr. Lee**                          Accepted Answers: 660
Veterinarian                         Positive Feedback: 98.9%
8 years of experience in veterinary medicine and surgery


**Dr. Joey**
**Board Certified**
20yrs in practice, specialist canine/feline medicine

Accepted Answers: 621
Positive Feedback: 96.8%


**Doc Karla**
**Veterinarian**
Expert

Accepted Answers: 553
Positive Feedback: 100.0%

**Dr. Noel Berger**
**Board Certified Veterinarian**
Expert

Accepted Answers: 537
Positive Feedback: 95.3%

**Pet Doc**
**Veterinarian**
Veterinarian - BVSc

Accepted Answers: 527
Positive Feedback: 99.3%

**DrChristineM**
**Veterinarian**
6 years in small animal medicine

Accepted Answers: 519
Positive Feedback: 100.0%


**CathrynW**
**Board Certified Veterinarian**
Expert

Accepted Answers: 505
Positive Feedback: 99.8%


**KellyB393**
Expert

Accepted Answers: 477
Positive Feedback: 99.8%


**Dr. Taus**
**Veterinarian**
Veterinarian with experience in equine and small animal medicine.

Accepted Answers: 468
Positive Feedback: 99.3%


**DrMegan**
**Veterinarian**
Expert

Accepted Answers: 431
Positive Feedback: 100.0%


**Dr Liz Brown**
**Veterinarian**
Expert

Accepted Answers: 429
Positive Feedback: 100.0%


**Rhett Burch**
Associate Veterinarian at North Airline Animal Hospital

Accepted Answers: 424
Positive Feedback: 98.3%


**Vet help**
**Veterinarian**
12 yrs experience as small animal veterinarian; 21 yrs exp. in animal care field

Accepted Answers: 400
Positive Feedback: 99.3%


**ER Vet**
**Veterinarian**
I have been a veterinarian in general and emergency practice for 21 years caring for all types of family pets.

Accepted Answers: 398
Positive Feedback: 99.4%


**vetmom4**
**Veterinarian**
30 years experience of dog and cat medicine, owner of practice for 28 years, Past President of SCAV

Accepted Answers: 393
Positive Feedback: 99.2%


**Dr. Dave**
**Veterinarian**
23 years small animal general and emergency practice

Accepted Answers: 392
Positive Feedback: 98.0%


**petdrz**
**Veterinarian**
Over 30 years of experience in caring for dogs and cats.

Accepted Answers: 389
Positive Feedback: 96.9%

**Dr. Scarlett**
**Veterinarian**
I am a practicing small animal veterinarian with 18 years experience.

Accepted Answers: 373
Positive Feedback: 99.4%



**Dr Linda**
**Veterinarian**

**Accepted Answers: 367**
**Positive Feedback: 98.8%**

I am a practicing veterinarian with over 20 years experience in a mixed animal practice.

**Dr. Jo**
**Veterinarian**

**Accepted Answers: 366**
**Positive Feedback: 98.1%**

DVM from Iowa State University in 1994; actively engaged in private regular and emergency practice since that time.

**Dr. MD Stafford**
**Veterinarian**

**Accepted Answers: 342**
**Positive Feedback: 95.3%**

20 years in private practice, Fish Health Certified and attending veterinarian Missouri State University.

**RussellJ217**

Expert

**Accepted Answers: 336**
**Positive Feedback: 98.8%**

Previous

   

Ask A Question  |  Register  |  Login  |  Contact Us

 **Car**

**Ask a mechanic online and get answers to your car questions**

Ask an Expert  ›  Car Questions

## Ask an Auto Mechanic

Auto Mechanics are ready to answer your Car questions on JustAnswer. Each Auto Mechanic on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Auto Mechanic's profile, track record, recent Car answers, feedback received, and more. You can even direct your question to a specific Auto Mechanic.

Or, if you'd prefer, you can even ask a Car question to all of the verified Auto Mechanics on our site by typing your question into the question box on this page.

### Ask an Auto Mechanic

Type Your Car Question Here...

Get an Answer

### Top Auto Mechanics Waiting to Answer Your Car Questions

 **Eric**
Automotive Repair Shop Manager
Automotive Repair Shop Manager, Technician/JA Mentor
Accepted Answers: 7555
Positive Feedback: 98.7%

 **Mike V.**
Auto Service Technician
25 years of experience, Certified Subaru Technician and Nissan factory trained.
Accepted Answers: 5519
Positive Feedback: 99.2%

 **David Craig**
Auto Mechanic
Owner/Mechanic at 3D Automotive
Accepted Answers: 5270
Positive Feedback: 99.8%

 **Pete**
Technician
17 years automotive training and experience.
Accepted Answers: 5107
Positive Feedback: 98.0%

 **Kevin**
Auto Mechanic
Diagnostic technician
Accepted Answers: 3320
Positive Feedback: 98.8%

 **Amedee**
Former ASE Master Tech
ASE certified tech advanced level specialist. Wisconsin certified emissions state inspector
Accepted Answers: 3105
Positive Feedback: 96.0%

 **OnlineHelp**
Mechanic
Mechanic
Accepted Answers: 2828
Positive Feedback: 98.9%

 **Tom**
ASE Certified Technician
ASE Certified Master Technician
Accepted Answers: 2730
Positive Feedback: 98.4%

**Chris (aka-Moose)**
Technician
24 years of experience diagnosing & repairing
Accepted Answers: 2711
Positive Feedback: 97.0%

**Matt**
Engineer
Honors degree in Mechanical Engineering, worked 8 years as a Formula 1 engine engineer.
Accepted Answers: 2645
Positive Feedback: 97.4%

**Josh127**
ASE Certified Technician
Expert
Accepted Answers: 2427
Positive Feedback: 99.3%

**Virtual Wrench**
Master Mechanic
35 years/Master Tech. Foreign and Domestic
Accepted Answers: 2403
Positive Feedback: 98.4%

 NBC.com           The New York Times

The Washington Post          CNN.com

Learn More

 **Ask an Expert**
 **Get a Professional Answer**
 **Ask Followup Questions**
**100% Satisfaction Guarantee**

Learn More

Tweet          Share

| | |
|---|---|
| **Steve** | Accepted Answers: 2368 |
| **Automotive Expert** | Positive Feedback: 99.4% |
| Automotive Expert | |

| | |
|---|---|
| **Chris** | Accepted Answers: 2320 |
| **Auto Service Technician** | Positive Feedback: 99.3% |
| 43 years of automotive repair, Smog license | |

| | |
|---|---|
| **FixItMan** | Accepted Answers: 2295 |
| **Master Technician** | Positive Feedback: 98.7% |
| AA DEGREE AUTOMOTIVE/DIESEL TECH | |

| | |
|---|---|
| **Jerry** | Accepted Answers: 2181 |
| **Master Mechanic** | Positive Feedback: 97.6% |
| ASE master, 30+ years. All makes and models. Trouble shooter, shop forman, service manager | |

| | |
|---|---|
| **Tim's Auto Repair** | Accepted Answers: 2128 |
| **Mechanic** | Positive Feedback: 97.3% |
| Have owned a repair shop for 25 yrs. | |

| | |
|---|---|
| **Randall J** | Accepted Answers: 2013 |
| **Auto Mechanic** | Positive Feedback: 99.1% |
| Master Auto Technician | |

| | |
|---|---|
| **Greg** | Accepted Answers: 2013 |
| **Technician** | Positive Feedback: 98.9% |
| 17 years Shop Owner /Technician. 27 years experience, | |

| | |
|---|---|
| **Steve** | Accepted Answers: 1980 |
| **Auto Service Technician** | Positive Feedback: 99.3% |
| 25+ yrs experience as a professional working technician; ASE L1 master technician | |

| | |
|---|---|
| **Dan** | Accepted Answers: 1900 |
| **ASE Master Technician** | Positive Feedback: 99.6% |
| Dealer Auto Technician. ASE Master Certified, 15 years of experience | |

| | |
|---|---|
| **Ted G.** | Accepted Answers: 1861 |
| **ASE Certified Technician** | Positive Feedback: 99.9% |
| 20 years auto repair experience, ASE Master Tech, Mechanical Failure consultant, Expert Witness | |

| | |
|---|---|
| **Jake** | Accepted Answers: 1792 |
| **Auto Mechanic** | Positive Feedback: 99.3% |
| Auto & collision tech | |

| | |
|---|---|
| **CaseyA925** | Accepted Answers: 1788 |
| | Positive Feedback: 97.0% |
| Expert | |

| | |
|---|---|
| **rpmdiag** | Accepted Answers: 1748 |
| **Tech and Instructor** | Positive Feedback: 91.2% |
| Since 1975 | |

| | |
|---|---|
| **EricFromCT** | Accepted Answers: 1682 |
| **ASE Certified Technician** | Positive Feedback: 99.3% |
| ASE Master certified L1, L2, Diesel Certified 16 years experience | |

| | |
|---|---|
| **Andrew** | Accepted Answers: 1590 |
| **ASE Certified Technician** | Positive Feedback: 99.7% |
| Technician at Wile Hyundai | |

| | |
|---|---|
| **George H.** | Accepted Answers: 1571 |
| **ASE Certified Technician** | Positive Feedback: 98.7% |
| ASE Master Tech 15+ yrs, AAS Automotive Technology, Factory trained Asian specialist | |

| | |
|---|---|
| **K. Wiggins** | Accepted Answers: 1559 |
| **ASE Certified Technician** | Positive Feedback: 99.4% |
| ASE Certified Technician, Associates Degree in Automotive Technology, 20+ years in the trade | |

| | |
|---|---|
| **Ron** | Accepted Answers: 1513 |
| **ASE Certified Technician** | Positive Feedback: 98.9% |

ASE Certified Tech

| **Peter B.**<br>Auto Service Technician | Accepted Answers: 1473<br>Positive Feedback: 99.6% |
| :-- | :-- |
| master tech | |

| **Dan**<br>Technician | Accepted Answers: 1457<br>Positive Feedback: 97.2% |
| :-- | :-- |
| Independent Shop Experience, 2 Year Automotive Diploma, & Access to Information Database | |

| **Tim Mohr**<br>ASE MASTER TECH | Accepted Answers: 1454<br>Positive Feedback: 99.1% |
| :-- | :-- |
| 30 YRS EXPERIANCE, AUTO AND TRUCK,FOREIGN AND DOMESTIC, GAS AND DIESEL | |

| **Ron Z.**<br>- Auto Tech - | Accepted Answers: 1439<br>Positive Feedback: 98.7% |
| :-- | :-- |
| 18+yrs. experience diagnostics & repair of all makes/models. | |

| **Billy**<br>Trainer - Master Tech. | Accepted Answers: 1422<br>Positive Feedback: 98.7% |
| :-- | :-- |
| Trainer 18+ years - master tech. 20+ years, SAE member | |

| **Gary**<br>Technician | Accepted Answers: 1331<br>Positive Feedback: 98.6% |
| :-- | :-- |
| GM master tech for 15 years/ASE master tech for 20 years | |

| **Daryl**<br>Shop Owner, Certified Mechanic | Accepted Answers: 1296<br>Positive Feedback: 98.2% |
| :-- | :-- |
| 37 years experience, Master Mechanic | |

| **Your Auto Inspector**<br>Assistant Service Manager | Accepted Answers: 1259<br>Positive Feedback: 99.1% |
| :-- | :-- |
| Toyota | |

| **Mechanic01**<br>ASE Certified Technician | Accepted Answers: 1240<br>Positive Feedback: 96.0% |
| :-- | :-- |
| Owner at Baltic investments | |

| **CarQuestionGuy**<br>Technician | Accepted Answers: 1148<br>Positive Feedback: 98.8% |
| :-- | :-- |
| ASE Master Auto Technician for 5 years, ASE Refrigerant Handler, ASA, iATN | |

| **Richard**<br>ASE Certified Technician | Accepted Answers: 1103<br>Positive Feedback: 98.2% |
| :-- | :-- |
| 12 years Ford Lincoln/Mercury Jaguar dealership as a technician and shop foreman reparing all makes | |

| **Neal**<br>Mechanic | Accepted Answers: 1059<br>Positive Feedback: 98.3% |
| :-- | :-- |
| Auto repair pro and Mechanic on multiple makes. | |

| **Mazda Ed**<br>Auto Service Technician | Accepted Answers: 1050<br>Positive Feedback: 100.0% |
| :-- | :-- |
| ASE Master Technician, Mazda Master Technician, GM and Ford factory trained. 15 years experience! | |

| **Roadside Jerry**<br>Auto Mechanic | Accepted Answers: 1036<br>Positive Feedback: 100.0% |
| :-- | :-- |
| Auto Mehanic 39 years,30 with the NYPD Fleet Service Division | |

| **supertech**<br>mastertech | Accepted Answers: 1009<br>Positive Feedback: 97.9% |
| :-- | :-- |
| ase master auto tech,triple chrys master tech,42 yr experinece,adv. level spec. ASE. HEV chrys spec. | |



| **Lou Palomino**<br>ASE Certified Technician | Accepted Answers: 1000<br>Positive Feedback: 99.7% |
| :-- | :-- |
| 25 year auto technician, 20 for Mercedes | |



**autodoc_2000**
**Auto Service Technician**
Accepted Answers: 999
Positive Feedback: 98.4%
ASE Master Tech w/ Advance Engine Performance

**Chad Farhat**
**ASE Certified Technician A6 - Electrical / Electronic**  Accepted Answers: 994
**systems A7 Heating / Air conditioning systems**  Positive Feedback: 98.2%
Owner at Carolina Auto Service & Sales , 20 years Experience in Foreign & Domestic Vehicles

**Gene**
**Auto Service Technician**
Accepted Answers: 976
Positive Feedback: 98.1%
ASE Master 30 years experience, Ford Trans Tech/SMT, Toyota, Mitsubishi,Hyundai Tech.

**DannyR924**
Accepted Answers: 963
Positive Feedback: 98.1%
Expert

Previous

   

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC

Ask A Question  |  Register  |  Login  |  Contact Us

**just answer.** **Consumer Electronics**

**Electronics Repair Questions? Ask an Electronics Technician**

Ask an Expert  ›  Electronics Question

### Ask an Electronics Technician

Electronics Technicians are ready to answer your Consumer Electronics questions on JustAnswer. Each Electronics Technician on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Electronics Technician's profile, track record, recent Consumer Electronics answers, feedback received, and more. You can even direct your question to a specific Electronics Technician.

Or, if you'd prefer, you can even ask a Consumer Electronics question to all of the verified Electronics Technicians on our site by typing your question into the question box on this page.

**Top Electronics Technicians Waiting to Answer Your Consumer Electronics Questions**


**Russell H.**
Electronics Service Tech
9 1/2 + years of professional experience
Accepted Answers: 10165
Positive Feedback: 92.6%


**Josh**
Technician
10+ years
Accepted Answers: 9143
Positive Feedback: 90.9%


**Aric**
Technician
15+ years in the field. Owner of AV Installation, OEM and Repair company
Accepted Answers: 6563
Positive Feedback: 96.5%


**Richard**
Customer Service
Over 20 years fixing Electronically devices
Accepted Answers: 5339
Positive Feedback: 90.8%


**Louie**
Technician
25+ yrs. experience in the field and 5+ yrs. online, down to component level.
Accepted Answers: 5030
Positive Feedback: 98.4%


**Nathan**
Engineer
Engineer
Accepted Answers: 4229
Positive Feedback: 92.8%


**Pete**
Electronic Engineer
Over 20 years of experience installing and repairing electronics.
Accepted Answers: 4083
Positive Feedback: 82.7%


**Steve G.**
Engineer
VP of electronic repair company. Audio nut since 1974. Home Theater advisor. Vinyl holdout!
Accepted Answers: 2478
Positive Feedback: 95.1%


**Electronics Man**
Technician
Expert
Accepted Answers: 1993
Positive Feedback: 87.3%


**Greg A.**
Engineer
Engineer / Consultant
Accepted Answers: 1894
Positive Feedback: 96.1%


**Rusty**
Customer Service
Over 20 years electronics experience. How may I help you today?
Accepted Answers: 1785
Positive Feedback: 93.0%


**Simit**
Engineer
Bachelor in Computer Engineering
Accepted Answers: 1515
Positive Feedback: 96.6%

**Ask an Electronics Technician**


Type Your Consumer Electronics Question Here...

Get an Answer

 NBC.com         The New York Times

The Washington Post      CNN.com

Learn More

 **Ask an Expert**
 **Get a Professional Answer**
**Ask Followup Questions**
**100% Satisfaction Guarantee**

Learn More

Tweet        Share


**Viet - Tech**
Electronics Tech

Troubleshoot consumer electronics devices.

Accepted Answers: 1235
Positive Feedback: 92.0%


**Rafi**
Customer Service

IT Manager

Accepted Answers: 1200
Positive Feedback: 66.9%


**Neil**
Engineer

NZ Certificate in Engineering Electronics & Computing 25 years exp

Accepted Answers: 1011
Positive Feedback: 94.7%


**Ron Winston**

Owner at Winston Electronics

Accepted Answers: 870
Positive Feedback: 89.3%


**Jason Jones**
Technician

15+ years of work experience.

Accepted Answers: 854
Positive Feedback: 85.1%


**Shahid_Sony**
Technician

I have been repairing electronic gear since 1993 as a qualified Sony tech

Accepted Answers: 846
Positive Feedback: 92.4%


**Kraig**
Engineer

Broadcast Engineer for over 7 years.

Accepted Answers: 776
Positive Feedback: 90.4%


**John**
Engineer and electronic enthusiast for more than 12 years.

I am here to help you!

Accepted Answers: 762
Positive Feedback: 92.3%


**Anthony**
Technician

20+ years in trade TV and Electronics

Accepted Answers: 731
Positive Feedback: 94.1%


**MD Sadique**
Engineer

Engineer in Applied Electronics & Instrumentation with 10 yrs+ experience in troubleshooting Electronic Devices and Repair

Accepted Answers: 705
Positive Feedback: 94.3%


**GeekGal**
Electronics Support Tech

MIS degree and 15+ years experience supporting electronics of all kinds

Accepted Answers: 665
Positive Feedback: 99.2%


**Michael T**

xxxxxxxxxxxxxx at xxxxxxxxxx

Accepted Answers: 609
Positive Feedback: 90.9%


**SebastienT**
Technician

Expert

Accepted Answers: 524
Positive Feedback: 81.8%


**Wes**
Consultant

Samsung Partner

Accepted Answers: 479
Positive Feedback: 84.1%

**Dan**
Master Tech and Repair Facility Trainer

USAF trained; A.A.S Electronics; A.A.S. Education; Currently teaching advanced troubleshooting and repair for the DoD.

Accepted Answers: 472
Positive Feedback: 96.9%


**Rahul P.**
Engineer

10 years of experience in Electronics & Applications

Accepted Answers: 419
Positive Feedback: 92.9%


**Carl L**
Master Technician

20+ Years of Professional Computer / Electronic Repair Experience.

Accepted Answers: 410
Positive Feedback: 93.2%

**Kev CP Expert**

Accepted Answers: 406

2/28/23, 8:03 AM    Case 2:24-cv-10870-DMG-AS    Document 1-10    Filed 12/19/24    Page 19 of 36    Page
                    Ask Electronics Technicians your questions. Consumer Electronics Questions
                                                ID #:104

Expert



**James W**
**Senior Manager, Retail Electronics**                    Accepted Answers: 380
                                                          Positive Feedback: 96.0%
24 Years experience in Electronics as Manager of Retail Electronics. 30 Years Experience
Computers.



**Richard**
**Technical Support Specialist**                          Accepted Answers: 349
Expert                                                    Positive Feedback: 79.7%



**Thomas**
Technician                                                Accepted Answers: 304
                                                          Positive Feedback: 85.7%
Repair computer hardware, phones, tablets, televisions, game consoles



**Martin Helbig**
                                                          Accepted Answers: 275
                                                          Positive Feedback: 95.2%
Audio & Video Technician at Bjorn's Stereo Designs



**OakdaleTech**
Technician                                                Accepted Answers: 242
                                                          Positive Feedback: 73.5%
ACMT



**magtech**
**Office & Home Electronics Expert**                      Accepted Answers: 226
                                                          Positive Feedback: 100.0%
20+ years consulting on Office & Residential Electronics and Automation



**Anas**
Technician                                                Accepted Answers: 219
                                                          Positive Feedback: 79.9%
System Engineer and Microsoft Certified Solutions Expert (MCSE)



**BrandiC217**
Technician                                                Accepted Answers: 177
Expert                                                    Positive Feedback: 91.0%



**Josh C**
Technician                                                Accepted Answers: 172
                                                          Positive Feedback: 98.5%
18 years as an electronics technician



**Chris Lindsey**
Technician                                                Accepted Answers: 166
IT Technician at Tech Amelia                              Positive Feedback: 98.5%



**Bill Owens, MBA**
                                                          Accepted Answers: 161
                                                          Positive Feedback: 82.5%
Expert




**Chester**
Technician                                                Accepted Answers: 148
                                                          Positive Feedback: 94.6%
Electronics Technician



**Joseph L.**
**Customer Service**                                      Accepted Answers: 148
                                                          Positive Feedback: 95.5%
Expert



**Brian - A/V Guy**
Engineer                                                  Accepted Answers: 111
                                                          Positive Feedback: 100.0%
8 Years as Executive Engineer. Work with corporations for a/v and event services.

**AH-GadgetSolutions**
Technician                                                Accepted Answers: 108
Expert                                                    Positive Feedback: 90.4%

**SteliosL**
**Customer Service**                                      Accepted Answers: 98
                                                          Positive Feedback: 94.4%
Electronic engineer since 1990



**Repairman1981**
Retail

Accepted Answers: 96
Positive Feedback: 96.7%

5 Years experience as a Radio Shack Employee

**Dr. Dan**
Engineer

Accepted Answers: 81
Positive Feedback: 82.1%

B.S. Electrical & Computer Engineering, 20+ years technical experience

**Tyler McLain**

Accepted Answers: 74
Positive Feedback: 58.3%

Linux System Administrator at Alku

**Stephen FS**
Technician

Accepted Answers: 73
Positive Feedback: 94.4%

Owner of a Video Repair Shop

Previous

   

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC

 **Computer**

**For Online Computer Support, Ask a Computer Technician**

Ask an Expert  >  Computer Repair Questions

## Ask a Tech Support Specialist

Tech Support Specialists are ready to answer your Computer questions on JustAnswer. Each Tech Support Specialist on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Tech Support Specialist's profile, track record, recent Computer answers, feedback received, and more. You can even direct your question to a specific Tech Support Specialist.

Or, if you'd prefer, you can even ask a Computer question to all of the verified Tech Support Specialists on our site by typing your question into the question box on this page.



**Ask A Tech Support Specialist**

Type Your Computer Question Here...

**Get an Answer**

### Top Tech Support Specialists Waiting to Answer Your Computer Questions

 **Viet - Computer Tech**
Computer Support Specialist
10+ years of Computer Support. Microsoft MCP & CompTIA A+ certifications. Windows 11 10 8 7 Vista XP & Mac.

Accepted Answers: 18831
Positive Feedback: 95.5%

 **Richard**
Computer Specialist
Over 20 years of consulting to the IT industry

Accepted Answers: 14769
Positive Feedback: 86.4%

**Bryan**
Computer Support Specialist
12+ years of professional support for tech-related issues, including computers, email and software.

Accepted Answers: 11761
Positive Feedback: 96.9%

 **Cody**
Computer Support Specialist
Systems Engineer

Accepted Answers: 10627
Positive Feedback: 72.9%

**Ren**
Computer Support Specialist
IT Engineer

Accepted Answers: 10481
Positive Feedback: 75.7%

 **Ricky**
Computer Support Specialist
5+ Years in IT Support

Accepted Answers: 10200
Positive Feedback: 86.3%

 **Jason Jones**
Computer Expert and Extraordinaire
Over 15 years of professional experience. Including all versions of Windows and Mac OS, printers, hardware, and software.

Accepted Answers: 9704
Positive Feedback: 89.6%

 **Jerry Hannell**
Computer Support Specialist
Experience in Windows environment. ASP, Visual Basic, Ajax

Accepted Answers: 9548
Positive Feedback: 82.3%

**Dustin**
Computer Support Specialist
I speak PC fluently, so you dont have to! Worked in The US Army as A Network Switching Systems Operator/Controller

Accepted Answers: 8997
Positive Feedback: 84.6%

**James**
Sr. Computer Support Expert
20 years of experience building, fixing and servicing PCs and operating systems.

Accepted Answers: 8535
Positive Feedback: 94.7%

 **Josh**
Support Specialist
5 years as Network Admin, 10+ years of IT support

Accepted Answers: 8228
Positive Feedback: 77.5%

 **Shawn**
Computer Hardware Engineer
Expert

Accepted Answers: 8107
Positive Feedback: 73.9%

 NBC.com    The New York Times
The Washington Post    CNN.com
Learn More

❓ **Ask an Expert**
👤 **Get a Professional Answer**
❓ **Ask Followup Questions**
🟡 **100% Satisfaction Guarantee**
Learn More

 Tweet    Share



**Benjie**
**Computer Hardware Engineer**
Computer and IT Support Engineer

Accepted Answers: 7678
Positive Feedback: 82.2%

**Francisco**
**Computer Hardware Engineer**
Expert

Accepted Answers: 5939
Positive Feedback: 80.6%

**Rei**
**Computer Support Specialist**
Microsoft Certified Professional

Accepted Answers: 5489
Positive Feedback: 72.2%

**David L**
**Systems Engineer**
Microsoft & Cisco Certified with over 20 years experience

Accepted Answers: 5410
Positive Feedback: 91.2%

**Sudipto**
**Computer Hardware Engineer**
Certificate Course In Computer Maintenance

Accepted Answers: 5372
Positive Feedback: 90.2%

**Rafi**
**Computer Hardware Engineer**
IT Manager

Accepted Answers: 5338
Positive Feedback: 76.3%

**De Veyra**
**IT Expert**
Full Stack Developer, Tech Support

Accepted Answers: 5244
Positive Feedback: 67.1%

**Tech-Expert**
**Computer Expert**
Technical Support Engineer

Accepted Answers: 5221
Positive Feedback: 71.8%

**James K.**
**Consultant**
Technical Director of IT Company

Accepted Answers: 5188
Positive Feedback: 87.8%

**Samuel NetEngineer**
**Computer Hardware Engineer**
Network Engineer at USAF

Accepted Answers: 4893
Positive Feedback: 80.1%

**Mr.Med**
**Computer Enthusiast**
Networks Security Engineer

Accepted Answers: 4800
Positive Feedback: 85.3%

**Tech Raksh**
**Computer Hardware Engineer**
Customer support Engineer

Accepted Answers: 4696
Positive Feedback: 67.3%

**Maria-Nina**
**Computer Support Specialist**
Tech Coach at Concentrix

Accepted Answers: 4587
Positive Feedback: 76.8%

**Nilesh**
**Computer Software Engineer**
10 years of programming experience and Microsoft technologies expert

Accepted Answers: 4574
Positive Feedback: 73.7%

**Stefan**
**Computer Support Specialist**
Expert with over 20 years of Tech Support Experience.

Accepted Answers: 4465
Positive Feedback: 71.7%

**Moses C**
**Computer Hardware Engineer**
Resolution Specialist at Wipro Bpo Services

Accepted Answers: 4425
Positive Feedback: 83.0%

**Andy Tech**
**Computer Hardware Engineer**
System Engineer at Microsoft

Accepted Answers: 4141
Positive Feedback: 79.4%

**TechExpertTZ**

Accepted Answers: 4040

Computer Scientist
Masters Computer Science

Positive Feedback: 84.3%

---

**Expert**
**Computer Hardware Engineer**
Customer support Engineer

Accepted Answers: 4018
Positive Feedback: 67.0%

---

**Divyansh**
**Computer Support Specialist**
Computer Applications Expert

Accepted Answers: 3849
Positive Feedback: 77.9%

---

**Robert M.**
**Consultant**
30 yrs. in NYC computer industry working with PC and networks, banks, brokerage, legal etc.

Accepted Answers: 3774
Positive Feedback: 88.1%

---

**AnnaMarie**
**Computer Hardware Engineer**
Expert

Accepted Answers: 3746
Positive Feedback: 67.9%

---

**Max**
**Computer Support Specialist**
IT Consultant, Network and System Admin - USA

Accepted Answers: 3722
Positive Feedback: 82.3%

---

**Kent**
**IT**
Developer/Programmer/Computer Technician

Accepted Answers: 3644
Positive Feedback: 72.9%

---

**John**
**Computer Support Specialist**
I have been in the IT industry for the past 10 years.

Accepted Answers: 3618
Positive Feedback: 94.9%

---

**Aaron B**
**Computer Support Specialist**
Thirteen years of experience providing computer support for fortune 500 companies and government.

Accepted Answers: 3545
Positive Feedback: 69.5%

---

**Robert**
**Computer Systems Analyst**
Expert

Accepted Answers: 3515
Positive Feedback: 64.9%

---

**Joseph**
**Computer Hardware Engineer**
Lead Technician

Accepted Answers: 3503
Positive Feedback: 73.1%

---

**Santonu**
**Computer Support Specialist**
Diploma in Hardware

Accepted Answers: 3463
Positive Feedback: 99.4%

---

**Kamil Anwar**
**Computer Support Specialist**
8+ Years of Experience. / CCNA (S), CCNA (W), CCNA (RS), MCTS, MBCs.

Accepted Answers: 3403
Positive Feedback: 78.2%

---

**Engineer John**
**Computer Science Engineer**
Computer Science Engineer with 10 years of experience in Computer Support, and Microsoft, A+ and Cisco certified

Accepted Answers: 3381
Positive Feedback: 90.3%

---

**ITCris**
**Support Specialist**
10 years of IT experience in both business and residential.

Accepted Answers: 3345
Positive Feedback: 91.7%

---

**Michelle**
**Computer Support Specialist**
B.Sc. Computer Science with Honors

Accepted Answers: 3316
Positive Feedback: 89.2%

---

**Sheri**
**Computer Hardware Engineer**
Owner/Consultant at Computer Rescue, Inc.

Accepted Answers: 3310
Positive Feedback: 83.8%

---

**RonaldS102**

Accepted Answers: 3306
Positive Feedback: 63.8%

Expert

**Renz O.**
**Engineer**

Accepted Answers: 3262
Positive Feedback: 72.9%

Expert

**Adnan Ali**
**Computer Hardware Engineer**

Accepted Answers: 3169
Positive Feedback: 54.5%

Expert

**Jeffrey B**
**Computer Hardware Engineer**

Accepted Answers: 3050
Positive Feedback: 83.5%

ICT Support 1/2/3/ Line at Peopleware

Previous

   

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC

Ask A Question | Register | Login | Contact Us



## just answer. Electrical

**Electrical Questions? Ask an Electrician Online.**

Ask an Expert  ›  Home Improvement Questions  ›  Electrical Questions

### Ask an Electrician

Electricians are ready to answer your Electrical questions on JustAnswer. Each Electrician on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Electrician's profile, track record, recent Electrical answers, feedback received, and more. You can even direct your question to a specific Electrician.

Or, if you'd prefer, you can even ask a Electrical question to all of the verified Electricians on our site by typing your question into the question box on this page.

### Ask an Electrician

Type Your Electrical Question Here...

**Get an Answer**

---

## Top Electricians Waiting to Answer Your Electrical Questions


**Mike G.**
Master Electrician
Proven Professional 49 years Experience
Accepted Answers: 9751
Positive Feedback: 94.2%


**Kevin**
Licensed Electrical Contractor
36 years Licensed Electrical Contractor in Illinois, Adjunct College Electrical Instructor, Former Electrical Inspector, Diploma: Digital Electronics, FCC Amateur & Commercial Radio Licenses
Accepted Answers: 7239
Positive Feedback: 99.0%

**Jason**
Service Technician
Over 20 years of experience in all types of installations, troubleshooting, and repairs.
Accepted Answers: 4922
Positive Feedback: 99.2%


**Wire Guy Franklin**
Master Electrician
Master Electrician
Accepted Answers: 3380
Positive Feedback: 98.5%


**Sam I**
Electrician
Maintenance Electrician, Electrical Contractor, Locomotive Electrician
Accepted Answers: 2305
Positive Feedback: 99.2%


**David Bowden**
Master Electrician
Owner at Floridaco
Accepted Answers: 1876
Positive Feedback: 99.2%


**Alex**
Master Electrician
Owner of independent electrical contracting company. Licensed Electrical Contractor in CT.
Accepted Answers: 1783
Positive Feedback: 99.4%


**BradleyM1127**
Master Electrician
Master Electrician
Accepted Answers: 1510
Positive Feedback: 97.0%


**electrifier**
Master Electrician
Electrical contractor and electrical inspector for over 24 years with phone and networking expertise
Accepted Answers: 1458
Positive Feedback: 98.3%


**Mike**
Master Electrician
Licensed Master Electrician - OnQ Certified Data Voice Audio Video Installer
Accepted Answers: 1426
Positive Feedback: 99.8%

**Spark Shark**
Licensed Electrician Since 1995-Colorado
Electrical Inspector
Accepted Answers: 1142
Positive Feedback: 92.6%

**Rich**
Master Electrician
Over 35 years residential, commercial, industrial wiring, install, troubleshoot, service, maintain
Accepted Answers: 1117
Positive Feedback: 98.6%

---

 NBC.com

 The New York Times

The Washington Post

CNN.com

Learn More

 **Ask an Expert**

 **Get a Professional Answer**

 **Ask Followup Questions**

**100% Satisfaction Guarantee**

Learn More

Tweet    Share

| George Smith | Accepted Answers: 1050 |
|---|---|
| Master Electrician | Positive Feedback: 96.8% |
| Superintendent at Electrical Solutions and Data | |

| Paul | Accepted Answers: 748 |
|---|---|
| Electrician | Positive Feedback: 99.3% |
| 23 yrs as an electrician, self employed contractor, municipal inspector | |

| Franklyn | Accepted Answers: 710 |
|---|---|
| Journeyman | Positive Feedback: 96.6% |
| Expert | |

| Rick | Accepted Answers: 478 |
|---|---|
| Master Electrician | Positive Feedback: 98.0% |
| 10 yrs as a electrician. Have my own company. | |

| Phil | Accepted Answers: 413 |
|---|---|
| Mechanical Engineer | Positive Feedback: 95.4% |
| Retired electrical contractor, 51 years experience. | |

| Chris Parson | Accepted Answers: 396 |
|---|---|
| | Positive Feedback: 65.8% |
| Electrician at L.E. Myers | |

| mrromex | Accepted Answers: 281 |
|---|---|
| Electrical Technician | Positive Feedback: 96.9% |
| over 40 years of all phases related to residential wiring and remodeling | |

| JasonS112 | Accepted Answers: 266 |
|---|---|
| | Positive Feedback: 95.4% |
| Expert | |

| Austin | Accepted Answers: 247 |
|---|---|
| Electrician | Positive Feedback: 97.3% |
| Technician | |

| machinc | Accepted Answers: 215 |
|---|---|
| Electrical Technician | Positive Feedback: 88.0% |
| AC/DCElectricity / Relay and apparatus/circuit reading/ 30 yrs Bell South | |

| Joseph | Accepted Answers: 198 |
|---|---|
| Certified Electrical Contractor | Positive Feedback: 96.1% |
| Expert | |

| Herlihy, Tim | Accepted Answers: 185 |
|---|---|
| | Positive Feedback: 92.7% |
| Expert | |

| John Electrical | Accepted Answers: 152 |
|---|---|
| | Positive Feedback: 80.2% |
| Expert | |

| MarkB1247 | Accepted Answers: 139 |
|---|---|
| Service Technician | Positive Feedback: 83.2% |
| Tech School Certificate, Maintenance Technician, HVAC Technician,Expert | |

| TAKPOWER | Accepted Answers: 131 |
|---|---|
| Licensed Electrician | Positive Feedback: 100.0% |
| 14 years of residential electrical experience | |

| Keith S | Accepted Answers: 131 |
|---|---|
| Master Electrician | Positive Feedback: 93.6% |
| Expert | |

| Anthony B M.E | Accepted Answers: 115 |
|---|---|
| | Positive Feedback: 92.1% |
| Expert | |

| D. G. Hagemeier | Accepted Answers: 102 |
|---|---|
| Journeyman | Positive Feedback: 92.0% |

Expert

| T.Hawkins | Accepted Answers: 82 |
|---|---|
| Expert | Positive Feedback: 75.6% |

| HotWired | Accepted Answers: 79 |
|---|---|
| Master Electrician | Positive Feedback: 96.8% |

30 years of wiring, from Air Force power plants to basement remodels and anything in-between.

| Josh PM | Accepted Answers: 79 |
|---|---|
| Expert | Positive Feedback: 97.3% |

| J LaGrutta | Accepted Answers: 65 |
|---|---|
| Electrical Foreman at LKM LTD | Positive Feedback: 93.8% |

| Richieraz | Accepted Answers: 59 |
|---|---|
| Service Electrican | Positive Feedback: 92.3% |

26 years experience in commercial, industrial & residential

| Hotwire2012 | Accepted Answers: 59 |
|---|---|
| Service Technician | Positive Feedback: 97.3% |

Residential, Farm, & Commercial installation and service!

| GabrielD49 | Accepted Answers: 56 |
|---|---|
| Expert | Positive Feedback: 81.4% |

| jasoncollette | Accepted Answers: 55 |
|---|---|
| Electrician | Positive Feedback: 95.8% |

20 plus years with wiring, troubleshooting and repairing residential homes and commercial properties. I'm sure I can help.

| Don_Sparky | Accepted Answers: 50 |
|---|---|
| Electrician | Positive Feedback: 91.2% |

State licensed Master Electrician for 30+ years

| Johnny | Accepted Answers: 45 |
|---|---|
| Expert | Positive Feedback: 79.5% |

| Thomas S. | Accepted Answers: 43 |
|---|---|
| Master Electrician | Positive Feedback: 84.8% |
| Expert | |

| WilliamSSelectrical | Accepted Answers: 43 |
|---|---|
| Electrician | Positive Feedback: 100.0% |
| Expert | |

| Paul Getchell | Accepted Answers: 38 |
|---|---|
| Electrician | Positive Feedback: 94.4% |
| Expert | |

| MNightTech | Accepted Answers: 36 |
|---|---|
| General Contractor | Positive Feedback: 100.0% |

Plumbing and Remodeling Company Owner

| Todd F. | Accepted Answers: 36 |
|---|---|
| Expert | Positive Feedback: 91.2% |

| ShaneW124 | Accepted Answers: 34 |
|---|---|
| Expert | Positive Feedback: 93.3% |

| KeithM | Accepted Answers: 32 |
|---|---|
| Master Electrician | Positive Feedback: 85.3% |
| Expert | |



| **DIYDoctor** | Accepted Answers: 30 |
| Master Electrician | Positive Feedback: 100.0% |
| Electrician, Appliance/Electronics Tech | |

| **Robert Ketter** | Accepted Answers: 30 |
| Contractor, Handyman | Positive Feedback: 90.0% |
| Licensed Contractor since 2005 | |

| **MALeacoma** | Accepted Answers: 30 |
| | Positive Feedback: 82.8% |
| Expert | |



Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC

**just answer.** Home Improvement

**Home improvement questions? Ask a handyman for answers**

Ask an Expert  ›  Home Improvement Questions

Ask A Question | Register | Login | Contact Us

## Ask a Home Improvement Expert

Home Improvement Experts are ready to answer your Home Improvement questions on JustAnswer. Each Home Improvement Expert on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Home Improvement Expert's profile, track record, recent Home Improvement answers, feedback received, and more. You can even direct your question to a specific Home Improvement Expert.

Or, if you'd prefer, you can even ask a Home Improvement question to all of the verified Home Improvement Experts on our site by typing your question into the question box on this page.

### Ask A Home Improvement Expert

Type Your Home Improvement Question Here...

**Get an Answer**

### Top Home Improvement Experts Waiting to Answer Your Home Improvement Questions



**Rick**
General Contractor
Licensed construction supervisor with 50+ yrs. experience.

Accepted Answers: 9782
Positive Feedback: 98.5%



**David Bowden**
General Contractor
Owner at Floridaco

Accepted Answers: 3610
Positive Feedback: 99.7%

**Brian**
Architect
Licensed Architect- 17 years, L.E.E.D. AP

Accepted Answers: 2153
Positive Feedback: 97.4%

**Patrick**
Construction Project Manager
30 years commercial construction and 23 years house remodeling projects

Accepted Answers: 2140
Positive Feedback: 95.7%



**The Home Smithy**
Home Builder
#1 Home Improvement Expert 30+ years experience

Accepted Answers: 2085
Positive Feedback: 96.9%

**eddie22Island**
Home Improvement Contractor
owner at self-employed business

Accepted Answers: 1846
Positive Feedback: 93.7%



**canuck the pro**
Handyman
i have extensive experience in the home improvement industry.

Accepted Answers: 1142
Positive Feedback: 91.6%



**Machinc**
General Contractor
Has written home improvement articles since 2008. Earned South Carolina Residential Builders License in 1991.

Accepted Answers: 973
Positive Feedback: 92.5%

**Phil**
Mechanical Engineer
Retired contractor, 51 years experience

Accepted Answers: 959
Positive Feedback: 97.6%

**Martin**
Construction Worker
Builder, timber-lumber processing

Accepted Answers: 816
Positive Feedback: 96.2%

**Charles**
Engineering Contractor
20+ years in most phases of construction

Accepted Answers: 780
Positive Feedback: 99.0%

**ChadT124**
Handyman
Expert

Accepted Answers: 758
Positive Feedback: 92.4%

 NBC.com     The New York Times

The Washington Post    CNN.com

Learn More

 Ask an Expert

 Get a Professional Answer

 Ask Followup Questions

 100% Satisfaction Guarantee

Learn More

Tweet    Share

**ScottyT1119**
Civil Engineer

Accepted Answers: 686
Positive Feedback: 86.4%

Employed as a project engineer in the construction industry. Certified General Contractor in FL. I do repairs on homes, swimming pools, recreational vehicles & PC Computers when I am off of work.

**Rich**
Home Improvement Enthusiast

Accepted Answers: 674
Positive Feedback: 99.1%

Over 35 years construction and home maintenance experience

**urelectrician**
Contractor

Accepted Answers: 638
Positive Feedback: 99.6%

Certified Construction Manager & Licensed Electrician

**BenbH**
Expert

Accepted Answers: 612
Positive Feedback: 87.4%

**WCohn**
Construction Worker

Accepted Answers: 596
Positive Feedback: 96.3%

Been in contruction 18+years

**Dovetail Greene**
General Contractor

Accepted Answers: 570
Positive Feedback: 98.9%

Licensed Building Contractor & Certified Building Designer

**Home Guru**
Handyman

Accepted Answers: 515
Positive Feedback: 94.7%

Owner

**Home Improvement Jay**
General Contractor

Accepted Answers: 512
Positive Feedback: 96.4%

Construction, mold remediator and pest control

**Austin**
Construction Worker

Accepted Answers: 461
Positive Feedback: 98.6%

Technician

**Steve M.**
Handyman, Home Improvement & General Repairs

Accepted Answers: 422
Positive Feedback: 99.4%

Years in Home Improvement, Maintenance and General Repairs

**RPK**
Building Inspector

Accepted Answers: 387
Positive Feedback: 91.5%

Certified as a Connecticut Building Official

**Dr. Fix-It**
Handyman

Accepted Answers: 371
Positive Feedback: 96.3%

Work on all parts of home construction & maintenance

**Jerry**
hearth products

Accepted Answers: 337
Positive Feedback: 98.1%

owned and operated stove retail and service 12 yrs

**MNightTech**
General Contractor

Accepted Answers: 335
Positive Feedback: 98.1%

Plumbing and Remodeling Company Owner

**Susan Latta**

Accepted Answers: 328
Positive Feedback: 92.8%

Customer Service Associate at Lowe's Home Improvement

**Jason**
Electrician

Accepted Answers: 320
Positive Feedback: 98.8%

I do all of the remodeling projects on my own home. Experienced in all facets of Home Improvement.

**Mark M**
Handyman

Accepted Answers: 310
Positive Feedback: 97.6%

Maintenance Supervisor

| **Josh PM**<br>Expert | **Accepted Answers:** 272<br>**Positive Feedback:** 95.4% |
|---|---|
| **Jacob Max**<br>Construction Worker<br>Expert | **Accepted Answers:** 264<br>**Positive Feedback:** 90.6% |
| **JeffG122**<br>Expert | **Accepted Answers:** 263<br>**Positive Feedback:** 97.7% |
| **EricN910**<br>Expert | **Accepted Answers:** 236<br>**Positive Feedback:** 83.4% |
| **Kyle Pannkuk**<br>Expert | **Accepted Answers:** 232<br>**Positive Feedback:** 84.7% |
| **SeanT1117**<br>Expert | **Accepted Answers:** 231<br>**Positive Feedback:** 91.7% |
| **BobqR**<br>Expert | **Accepted Answers:** 227<br>**Positive Feedback:** 95.5% |
| **Daniel**<br>Electrical Engineer<br>Expert in electrical & mechanical design, troubleshooting, and problem solving | **Accepted Answers:** 221<br>**Positive Feedback:** 98.2% |
| **David L.**<br>Handyman<br>22 Years experience. Have taught nearly every project to homeowners in the past as well as having done them myself. | **Accepted Answers:** 216<br>**Positive Feedback:** 99.2% |
| **Shawn-HomePro**<br>Home Improvement & Handyman Professional<br>Helping homeowners with maintenance, repairs and improvements for over 30 years. | **Accepted Answers:** 200<br>**Positive Feedback:** 98.5% |
| **Tamar D.**<br>Master Tradesman<br>HVAC/Refrigeration & Appliance Tech | **Accepted Answers:** 185<br>**Positive Feedback:** 95.1% |
| **Tim G**<br>General Contractor<br>Expert | **Accepted Answers:** 184<br>**Positive Feedback:** 89.1% |
| **Theplumber717**<br>Plumber, HVAC Tech<br>Lic Plumbing contractor,HVAC, All aspects construction 28 yrs exp | **Accepted Answers:** 180<br>**Positive Feedback:** 96.1% |
| **AlbertS124**<br>Expert | **Accepted Answers:** 167<br>**Positive Feedback:** 94.0% |
| **ApplianceTech**<br>Home Improvement Enthusiast<br>35+year experience in business | **Accepted Answers:** 145<br>**Positive Feedback:** 94.2% |
| **NCCPrime**<br>President at NCC Prime Construction Inc. | **Accepted Answers:** 129<br>**Positive Feedback:** 94.3% |
| **AdrianS113**<br>Expert | **Accepted Answers:** 126<br>**Positive Feedback:** 98.4% |



**Clark, Jeff**

Expert

Accepted Answers: 118
Positive Feedback: 84.7%

**Andrew**
Home Appliance Technician

Expert

Accepted Answers: 118
Positive Feedback: 96.3%

**Christopher Coleman**
Building Inspector

Owner at Big River Service Center

Accepted Answers: 112
Positive Feedback: 99.0%

**Thom Bouis**

Expert

Accepted Answers: 111
Positive Feedback: 87.0%

Previous

   

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC

Ask A Question | Register | Login | Contact Us

 **Tax**

**Have a tax question? Ask a tax Expert**

Ask an Expert  >  Tax Questions

## Ask a Tax Professional

Tax Professionals are ready to answer your Tax questions on JustAnswer. Each Tax Professional on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Tax Professional's profile, track record, recent Tax answers, feedback received, and more. You can even direct your question to a specific Tax Professional.

Or, if you'd prefer, you can even ask a Tax question to all of the verified Tax Professionals on our site by typing your question into the question box on this page.

### Top Tax Professionals Waiting to Answer Your Tax Questions

| | | |
|---|---|---|
| **Lev** Tax Advisor Taxes, Immigration, Labor Relations | Accepted Answers: 45747 Positive Feedback: 96.1% | |
| **Barbara** Enrolled Agent 20+ years of experience in tax preparation; 30+ years of experience as a real estate/corporate paralegal. | Accepted Answers: 26048 Positive Feedback: 97.5% | |
| **Robin D.** Senior Tax Advisor 4 15years with H & R Block. Divisional leader, Instructor | Accepted Answers: 24940 Positive Feedback: 95.5% | |
| **Rick** Certified Public Accountant (CPA) Rick M., CPA | Accepted Answers: 23608 Positive Feedback: 87.3% | |
| **Lane** JD, CFP, MBA, CRPS Law Degree, specialization in Tax Law and Corporate Law, CFP and MBA, Providing Financial & Tax advice since 1986 | Accepted Answers: 19297 Positive Feedback: 97.9% | |
| **Megan C** Certified Public Accountant (CPA) Licensed CPA, CFE, CMA, CGMA who teaches accounting courses at Master's Level | Accepted Answers: 8667 Positive Feedback: 98.9% | |
| **emc011075** Tax adviser IRS licensed Enrolled Agent and tax instructor | Accepted Answers: 8181 Positive Feedback: 97.5% | |
| **Tax.appeal.168** Tax Accountant 3+ decades of varied tax industry exp. Tax Biz owner | Accepted Answers: 7723 Positive Feedback: 94.1% | |
| **Carter McBride** Certified Public Accountant (CPA) Adjunct Professor | Accepted Answers: 7464 Positive Feedback: 97.9% | |
| **Yaw, CPA** Certified Public Accountant (CPA) Expert | Accepted Answers: 7302 Positive Feedback: 80.1% | |
| **ALEX O** Founding Partner at O&G Tax and Accounting Services, LLC | Accepted Answers: 7116 Positive Feedback: 79.5% | |
| **Richard** Tax Attorney 29 years of experience as a tax, real estate, and business attorney. | Accepted Answers: 6083 Positive Feedback: 99.4% | |

### Ask A Tax Professional

Type Your Tax Question Here...

**Get an Answer**



 

Learn More

❓ Ask an Expert
🧑 Get a Professional Answer
❓ Ask Followup Questions
😊 100% Satisfaction Guarantee

Learn More

Tweet    Share

**PDtax**
**Certified Public Accountant (CPA)**                Accepted Answers: 4575
                                                     Positive Feedback: 95.2%

40 years tax experience, including four years at a Big 4 firm.

**Chad EA, CDFA®, CFP®**
**CERTIFIED FINANCIAL PLANNER ®, Professional**      Accepted Answers: 3201
                                                     Positive Feedback: 97.6%
IRS Licensed Enrolled Agent, CDFA ® CFP ®, MBA

**Jon Andrews**
**Certified Public Accountant (CPA)**                Accepted Answers: 2926
                                                     Positive Feedback: 99.6%
I deal with all levels of tax planning and controversy - from the ordinary to the complex.

**Mark Taylor**
**Certified Public Accountant (CPA)**                Accepted Answers: 2916
                                                     Positive Feedback: 96.7%
Certified Public Accountant

**jgordosea**
**Enrolled Agent**                                   Accepted Answers: 2885
                                                     Positive Feedback: 99.2%
I've prepared all types of taxes since 1987.

**James Daloisio**                                   Accepted Answers: 2772
                                                     Positive Feedback: 94.6%
Deputy District Attorney at Santa Barbara County District Attorney

**CGCPA**
**CPA**                                              Accepted Answers: 2613
                                                     Positive Feedback: 98.7%
over 40 years experience in tax matters

**Anne**
**Master Tax Preparer**                              Accepted Answers: 2601
                                                     Positive Feedback: 96.1%
Enrolled Agent with more than 30 Years Experience specializing Individual and Small
Businesses

**Bill**
**Enrolled Agent**                                   Accepted Answers: 2467
                                                     Positive Feedback: 99.5%
EA, CEBS - 35 years experience providing financial advice

**R. Klein, EA**
**Enrolled Agent**                                   Accepted Answers: 2324
                                                     Positive Feedback: 95.7%
Over 20 Years experience

**NelsonProTax**
**Enrolled Agent**                                   Accepted Answers: 2286
                                                     Positive Feedback: 93.4%
Tax Expert

**taxmanrog**
**Certified Public Accountant (CPA)**                Accepted Answers: 2203
                                                     Positive Feedback: 98.9%
Licensed CPA, MA, MST with 31 years' experience. Teach Accounting and Tax courses at
Masters level.

**DK_CPA**
**Certified Public Accountant (CPA)**                Accepted Answers: 2184
                                                     Positive Feedback: 99.0%
Accountant

**Christopher B, Esq.**
**Tax Attorney**                                     Accepted Answers: 1916
                                                     Positive Feedback: 80.0%
Litigation Attorney with education focus on estate planning and tax

**Rama-CPA**
**Certified Public Accountant (CPA)**                Accepted Answers: 1896
                                                     Positive Feedback: 92.7%
Expert

**Marvin,EA**
**Enrolled Agent**                                   Accepted Answers: 1663
                                                     Positive Feedback: 97.7%
Enrolled to Represent Taxpayers Before The IRS

**Moira C., CPA**
**Certified Public Accountant (CPA)**                Accepted Answers: 1473
                                                     Positive Feedback: 91.2%
Expert

**Arthur Rubin**
**Tax Preparer**                                     Accepted Answers: 1425
                                                     Positive Feedback: 95.6%

22 years of tax preparation experience, including individual, trust and estate returns.

**Roxanne625**
Certified Public Accountant (CPA)
Expert

Accepted Answers: 1420
Positive Feedback: 90.2%

**Jax Tax**
Tax Attorney
JD, LL.M in Business and Taxation, IRS Enrolled Agent. Expert in Business and Tax Transactions

Accepted Answers: 1394
Positive Feedback: 97.3%

**Mark D**
Enrolled Agent
MBA, EA, Specializing in Business and Individual Tax Returns and Issues

Accepted Answers: 1338
Positive Feedback: 99.6%

**Sandi Hargrove, SkyHawks**
Master Tax Advisor, Enrolled Agent
I am a Master Tax Advisor and Enrolled Agent. I have 40 years experience. Trucking specialist.

Accepted Answers: 1254
Positive Feedback: 98.8%

**Mark Anderson**
Tax Attorney
Tax attorney and accountant

Accepted Answers: 1078
Positive Feedback: 78.5%

**USTaxAdvising**
CPA
US Taxation specialist.

Accepted Answers: 969
Positive Feedback: 98.3%

**Alexander Efros**
Certified Public Accountant (CPA)
Financial Planner/Tax Specialist at Efros Financial (www.efrosfinancial.com)

Accepted Answers: 963
Positive Feedback: 99.8%

**RodneyT629**

Expert

Accepted Answers: 962
Positive Feedback: 93.7%

**JKCPA**
CPA
CPA with tax experience.

Accepted Answers: 952
Positive Feedback: 99.7%

**Fred Rook**
Certified Public Accountant (CPA)
20+ years as a Certified Public Accountant, including 19 years working in public accounting firms with extensive tax, audit, write-up and consulting experience.

Accepted Answers: 896
Positive Feedback: 97.0%

**PhillipsEsq.**
Attorney-at-Law
B.A., M.B.A, J.D.

Accepted Answers: 878
Positive Feedback: 93.8%

**Loren**
Attorney
Over 25 years practicing law

Accepted Answers: 834
Positive Feedback: 93.7%

**VictorDro-ijezvcuwg3**

Expert

Accepted Answers: 808
Positive Feedback: 80.1%

**BK-CPA**
Certified Public Accountant (CPA)
Owner of a CPA firm

Accepted Answers: 800
Positive Feedback: 98.2%

**Mr. Tax**
Certified Public Accountant (CPA)
CPA

Accepted Answers: 782
Positive Feedback: 95.3%

**Gerald, Esq**
Attorney
Over 30 years of experience.

Accepted Answers: 727
Positive Feedback: 98.9%



**Charles Markham**
**EA, MST, USTCP**
IRS Enrolled Agent, US Tax Court Practitioner

Accepted Answers: 718
Positive Feedback: 97.4%

**DanielleCPA**
**Certified Public Accountant (CPA)**
Years of Experience in Business & Personal Taxes

Accepted Answers: 656
Positive Feedback: 98.7%

**Kevin E., CPA**
**Certified Public Accountant (CPA)**
Expert

Accepted Answers: 616
Positive Feedback: 92.2%

**Wallstreet Esq.**
**Tax Attorney**
10 years experience

Accepted Answers: 586
Positive Feedback: 99.0%

Previous

   

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC