DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:                (202) 307-0054
Email: Amy.T.Matchison@usdoj.gov
            Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States person(s), who directly or indirectly, were paid through, by, or on behalf of JustAnswer LLC, or its predecessors, subsidiaries, divisions, or affiliates (collectively, "JustAnswer"), $5,000 or more for answering questions on the JustAnswer Platform, in any one year, for the period January 1, 2017, through December 31, 2020. | Civil Number:<br><br>**NOTICE OF FILING EX PARTE PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS** |

The United States of America notifies the Court that it has commenced this ex parte proceeding pursuant to Section 7609(f) of the Internal Revenue Code (26 U.S.C.), for leave to serve an Internal Revenue Service "John Doe" summons upon JustAnswer LLC. Pursuant to 26 U.S.C. § 7609(h), the determination to be made by the Court "shall be made ex parte and shall be made solely on the petition and supporting affidavits." Thus, the pleadings filed in this proceeding will not be served upon any person or entity and no other filings are permitted from other persons or entities. Accordingly, this matter is ripe for the Court's consideration.

The United States requests that the Court review the Petition and supporting documents and enter the Proposed Order at the Court's earliest opportunity.

Dated this 10th day of December, 2024

>DAVID A. HUBBERT
>Deputy Assistant Attorney General
>
>*/s/ Amy Matchison*
>AMY MATCHISON
>Trial Attorney, Tax Division
>U.S. Department of Justice