DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 307-6422
Fax:              (202) 307-0054
Email: Amy.T.Matchison@usdoj.gov
          Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States person(s), who directly or indirectly, were paid through, by, or on behalf of JustAnswer LLC, or its predecessors, subsidiaries, divisions, or affiliates (collectively, "JustAnswer"), $5,000 or more for answering questions on the JustAnswer Platform, in any one year, for the period January 1, 2017, through December 31, 2020. | Civil Number:<br><br>**[PROPOSED] ORDER GRANTING EX PARTE PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS** |

THIS MATTER is before the Court upon the United States of America's "Ex Parte Petition for Leave to Serve "John Doe" Summons" (the "Petition"). Based upon a review of the Petition and supporting documents, the Court has determined that the "John Doe" summons to JustAnswer LLC relates to the investigation of an ascertainable group or class of persons, that there is a reasonable basis for believing that such group or class of persons has failed or may have failed to comply with any provision of any internal revenue laws, that the information sought to be obtained from the examination of the records or testimony (and the identities of the persons with respect to whose liability the summons is issued) is not readily available from other sources, and that the information

1

sought to be obtained is narrowly tailored to information that pertains to the failure or potential failure of that group or class of persons to comply with one or more provisions of the internal revenue laws.  It is therefore:

ORDERED AND ADJUDGED that the Internal Revenue Service, through Revenue Agent John Wood or any other authorized officer or agent, may serve an Internal Revenue Service John Doe summons upon JustAnswer LLC in substantially the form as attached as Exhibit A to the Declaration of John Wood  A copy of this Order shall be served together with the summons.

IT IS SO ORDERED this ____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE